In the Matter of WILLIAM J. McGRAW et al., Appellants and Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and THOMAS V. LA FAUCI et al., Respondents and Appellants.

In the Matter of HENRY J. LATHAM et al., Appellants and Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and ROBERT ROSE et al., Respondents and Appellants.

In the Matter of WALTER G. McGAHAN et al., Appellants and Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and LEON A. BEERMAN et al., Respondents and Appellants.

Argued September 10, 1954; decided September 10, 1954.

*George W. Herz* and *Arthur G. Warner* for appellants-respondents.

*Benjamin Gassman, Isidore Levine, Benjamin S. Rosenthal, John F. X. Browne, Joseph Danahy* and *Thomas A. Duffy* for respondents-appellants.

*Adrian P. Burke, Corporation Counsel (Robert E. Hugh, Seymour B. Quel* and *Thomas W. A. Crowe* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.